IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD STOCKTON, | : | Civil No. 1:21-CV-00029 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss the complaint, Doc. 266, is **GRANTED**.

2. The operative complaint in this matter, Doc. 6, is **DISMISSED** with prejudice under Fed. R. Civ. P. 41(b).

3. All pending motions are **DENIED** as moot.

4. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania